DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Myles v. Lucas & McCowan Masonry<br><br>Case below:<br>183 N.C. App. —<br>(5 June 2007) | No. 330P07 | 1. Plt's NOA Based Upon a Constitutional Question (COA06-1266)<br><br>2. Plt's PDR Under N.C.G.S. 7A-31<br><br>3. Plt's PWC to Review Decision of COA | 1. Dismissed *Ex Mero Motu* 11/08/07<br><br>2. Denied 11/08/07<br><br>3. Denied 11/08/07<br><br>**Hudson, J., Recused** |
| N.C. Dep't of Transp. v. County of Durham<br><br>Case below:<br>181 N.C. App. 346<br>(2 January 2007) | No. 063P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-283) | Denied 10/11/07<br><br>**Hudson, J., Recused** |
| N.C. State Bar v. Brewer<br><br>Case below:<br>183 N.C. App. —<br>(15 May 2007) | No. 288P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-815) | Denied 10/11/07 |
| Nguyen v. Burgerbusters, Inc.<br><br>Case below:<br>182 N.C. App. 447 | No. 216P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-607) | Denied 10/11/07 |
| Nolan v. Town of Weddington<br><br>Case below:<br>182 N.C. App. 486 | No. 221P07 | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA06-704) | Denied 10/11/07<br><br>**Martin, J., Recused** |
| Price v. N.C. Dep't of Corr.<br><br>Case below:<br>182 N.C. App. —<br>(17 April 2007) | No. 482P07 | Plt's PWC to review Decision of COA (COA06-492) | Denied 10/11/07 |
| Ramboot, Inc. v. Lucas<br><br>Case below:<br>181 N.C. App. 729 | No. 155P07 | Plts' PDR Under N.C.G.S. § 7A-31 (COA06-357) | Denied 10/11/07 |